| | |
|---|---|
| David Berten (IL Board # 6200898)<br>(Member of the N.D. Ca. Bar)<br>dberten@giplg.com<br>Global IP Law Group, LLC<br>55 West Monroe Street, Suite 3400<br>Chicago, IL 60603<br>T: (312) 241-1500<br>F: (312) 241-1522<br>*Attorney for Plaintiff,*<br>*RAH Color Technologies LLC* | Erika N.D. Stanat<br>*(Pro Hac Vice)*<br>estanat@hselaw.com<br>HARTER SECREST & EMERY LLP<br>1600 Bausch & Lomb Place<br>Rochester, NY 14604-2711<br>Telephone: 585.231.1161<br>Facsimile: 585.232.2152<br>*Attorney for Defendant, Eastman Kodak Co.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re: RAH COLOR TECHNOLOGIES LLC PATENT LITIGATION**<br><br>This Document Relates to One Case:<br>RAH Color Technologies LLC v. Eastman Kodak Co., No. 3:19-cv-00982-SI | CASE NO. 3:18-MD-02874-SI<br><br>**PROPOSED ORDER ON JOINT STIPULATION OF DISMISSAL**<br><br>Judge Susan Illston |

3:19-CV-00982-SI

**PROPOSED ORDER ON JOINT STIPULATION OF DISMISSAL**

This matter has come before the Court on the parties' Joint Stipulation of Dismissal. After full consideration of all the papers and submissions, the Court finds that all claims in the case of *RAH Color Technologies LLC v. Eastman Kodak Co.*, No. 3:19-cv-00982-SI shall be dismissed with prejudice and without fees or costs to any party.

The Stipulation is GRANTED.

IT IS SO ORDERED.

Dated:

_____
The Honorable Susan Illston
United States District Court